Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:	(212) 292-5390
Facsimile:	(212) 292-5391
*Attorneys for Plaintiff
Poof-Slinky, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POOF-SLINKY, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> ADAADA, *et al.*, <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9400 (ER)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Poof-Slinky, LLC ("Poof" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants millet16zjh, potato001, Softmusic, wintefei, yanbirdfx and 🤝sJIPIllk552 & Discount Store in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: February 18, 2020

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Poof-Slinky, LLC*

**It is so ORDERED.**

Signed at New York, NY on February 20, 2020.

_____
Judge Edgardo Ramos
United States District Judge