Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Poof-Slinky, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 27, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POOF-SLINKY, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>ADAADA, *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**19-cv-9400 (ER)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Poof-Slinky, LLC ("Poof" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Asien Direct, Baynne, bluederst, Dalkeyie, Fa Shaoge dara, HOWWOH, Keahup, NACOLA Store, wearesh and wrisky in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated:  March 26, 2020                                   Respectfully submitted,

                                                                    **EPSTEIN DRANGEL LLP**

                                        BY:   /s/ Brieanne Scully
                                                    Brieanne Scully (BS 3711)
                                                    bscully@ipcounselors.com
                                                    EPSTEIN DRANGEL LLP
                                                    60 East 42nd Street, Suite 2520
                                                    New York, NY 10165
                                                    Telephone:    (212) 292-5390
                                                    Facsimile:     (212) 292-5391
                                                    *Attorneys for Plaintiff*
                                                    *Poof-Slinky, LLC*

**It is so ORDERED.**

Signed at New York, NY on  March   27 , 2020.

                                                    _____

                                                    Judge Edgardo Ramos
                                                    United States District Judge